CLOSED,JURY,PATENT

# U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:25–cv–01949–PTG–WBP

| | |
|---|---|
| Thales DIS France SAS v. Canadian Bank Note Company Ltd. et al | Date Filed: 11/03/2025 |
| Assigned to: District Judge Patricia Tolliver Giles | Date Terminated: 04/20/2026 |
| Referred to: US Magistrate Judge William B. Porter | Jury Demand: Plaintiff |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Thales DIS France SAS**                    represented by    **Joshua F P Long**
Woods Rogers Vandeventer Black
Accounting
Wells Fargo Tower, Suite 1800
10 South Jefferson Street
Roanoke, VA 24011
540–983–7725
Email: josh.long@woodsrogers.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Canadian Bank Note Company Ltd.**          represented by    **Christopher J. Coulson**
Skadden, Arps, Slate, Meagher & Flom LLP
(NY–NA)
One Manhattan West
395 West Avenue
New York, NY 10001
**NA**
212–735–3000
Fax: 917–777–3785
Email: chris.coulson@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas R. Nemec**
Skadden, Arps, Slate, Meagher & Flom LLP
(NY–NA)
One Manhattan West
395 West Avenue
New York, NY 10001
**NA**
212–735–3000
Fax: 917–777–3785
Email: douglas.nemec@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Brady**
Nixon Vanderhye PC
901 N. Glebe Road

11th Floor
Arlington, VA 22203
703−816−4408
Email: jbrady@nixonvan.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CBN Secure Technologies, Inc.**    represented by    **Christopher J. Coulson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas R. Nemec**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Brady**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2025 | Ï 1 | Complaint ( Filing fee $ 405, receipt number AVAEDC−10565192.), filed by Thales DIS France SAS. (Attachments: # 1 Exhibit 1, # 2 Civil Cover Sheet)(Long, Joshua) (Entered: 11/03/2025) |
| 11/03/2025 | Ï | Initial Case Assignment to District Judge Patricia Tolliver Giles and US Magistrate Judge William B. Porter. (swil) (Entered: 11/04/2025) |
| 11/03/2025 | Ï | No service issued at this time. (swil) (Entered: 11/04/2025) |
| 11/04/2025 | Ï 2 | EXHIBIT *2* by Thales DIS France SAS.. (Long, Joshua) (Entered: 11/04/2025) |
| 11/04/2025 | Ï 3 | Report on the filing or determination of an action. (swil) (Entered: 11/04/2025) |
| 01/30/2026 | Ï 4 | WAIVER OF SERVICE Returned Executed by Thales DIS France SAS. Canadian Bank Note Company Ltd. waiver sent on 1/26/2026, answer due 4/27/2026. (Long, Joshua) (Entered: 01/30/2026) |
| 01/30/2026 | Ï 5 | WAIVER OF SERVICE Returned Executed by Thales DIS France SAS. CBN Secure Technologies, Inc. waiver sent on 1/26/2026, answer due 4/27/2026. (Long, Joshua) (Entered: 01/30/2026) |
| 03/02/2026 | Ï 6 | MOTION to Transfer Case *TO THE WESTERN DISTRICT OF VIRGINIA OR DISMISS CBN US UNDER FED. R. CIV. P. 12(b)(3) AND SECTION 1406(A), AND TRANSFER BOTH DEFENDANTS UNDER SECTION 1404(A)* by CBN Secure Technologies, Inc., Canadian Bank Note Company Ltd.. (Brady, Joshua) (Entered: 03/02/2026) |
| 03/02/2026 | Ï 7 | Memorandum in Support re 6 MOTION to Transfer Case *TO THE WESTERN DISTRICT OF VIRGINIA OR DISMISS CBN US UNDER FED. R. CIV. P. 12(b)(3) AND SECTION 1406(A), AND TRANSFER BOTH DEFENDANTS UNDER SECTION 1404(A)* filed by CBN Secure Technologies, Inc., Canadian Bank Note Company Ltd.. (Attachments: # 1 Affidavit Declaration of Johnson in Support, # 2 Affidavit Declaration of Coulson in Support, # 3 Exhibit Exhibit A to Declaration of Coulson, # 4 Exhibit Exhibit B to Declaration of Coulson, # 5 Exhibit Exhibit C to Declaration of Coulson)(Brady, Joshua) (Entered: 03/02/2026) |

| 03/02/2026 | Ï 8 | NOTICE of Appearance by Joshua Brady on behalf of CBN Secure Technologies, Inc., Canadian Bank Note Company Ltd. (Brady, Joshua) (Entered: 03/02/2026) |
|---|---|---|
| 03/02/2026 | Ï 9 | Motion to appear Pro Hac Vice by Douglas R. Nemec and Certification of Local Counsel Joshua B. Brady Filing fee $ 75, receipt number AVAEDC–10821669. by CBN Secure Technologies, Inc., Canadian Bank Note Company Ltd.. (Brady, Joshua) (Entered: 03/02/2026) |
| 03/02/2026 | Ï 10 | Motion to appear Pro Hac Vice by Christopher J. Coulson and Certification of Local Counsel Joshua B. Brady Filing fee $ 75, receipt number AVAEDC–10821698. by CBN Secure Technologies, Inc., Canadian Bank Note Company Ltd.. (Brady, Joshua) (Entered: 03/02/2026) |
| 03/02/2026 | Ï 11 | Corporate Disclosure Statement by Canadian Bank Note Company Ltd.. (Brady, Joshua) (Entered: 03/02/2026) |
| 03/02/2026 | Ï 12 | Corporate Disclosure Statement by CBN Secure Technologies, Inc.. (Brady, Joshua) (Entered: 03/02/2026) |
| 03/03/2026 | Ï 13 | ORDER granting 9 Motion for Pro hac vice. Signed by District Judge Patricia Tolliver Giles on 03/03/2026. (Giles, Patricia) (Entered: 03/03/2026) |
| 03/03/2026 | Ï 14 | ORDER granting 10 Motion for Pro hac vice. Signed by District Judge Patricia Tolliver Giles on 03/03/2026. (Giles, Patricia) (Entered: 03/03/2026) |
| 03/03/2026 | Ï | Notice of Correction in re 6 MOTION to Transfer Case *TO THE WESTERN DISTRICT OF VIRGINIA OR DISMISS CBN US UNDER FED. R. CIV. P. 12(b)(3) AND SECTION 1406(A), AND TRANSFER BOTH DEFENDANTS UNDER SECTION 1404(A)*. The filing user has been notified to file a Notice of Hearing or a Waiver of Oral Argument. (dvanm, ) (Entered: 03/03/2026) |
| 03/11/2026 | Ï 15 | NOTICE by Thales DIS France SAS re 6 MOTION to Transfer Case *TO THE WESTERN DISTRICT OF VIRGINIA OR DISMISS CBN US UNDER FED. R. CIV. P. 12(b)(3) AND SECTION 1406(A), AND TRANSFER BOTH DEFENDANTS UNDER SECTION 1404(A) of Non–Opposition to Transfer to WDVA* (Long, Joshua) (Entered: 03/11/2026) |
| 03/11/2026 | Ï 16 | NOTICE by CBN Secure Technologies, Inc., Canadian Bank Note Company Ltd. re 7 Memorandum in Support,, 6 MOTION to Transfer Case *TO THE WESTERN DISTRICT OF VIRGINIA OR DISMISS CBN US UNDER FED. R. CIV. P. 12(b)(3) AND SECTION 1406(A), AND TRANSFER BOTH DEFENDANTS UNDER SECTION 1404(A) Waiver of Oral Argument* (Brady, Joshua) (Entered: 03/11/2026) |
| 04/20/2026 | Ï 17 | ORDERED that Defendants' Motion to Transfer (Dkt. 6) is GRANTED; and it is further ORDERED that this case be transferred to the United Slates District Court for the Western District of Virginia. Signed by District Judge Patricia Tolliver Giles on 4/20/2026. (dvanm) (Entered: 04/20/2026) |
| 04/20/2026 | Ï | Case transferred to District of Western District of Virginia. Original file, transfer order, and docket sheet sent. (dvanm, ) (Entered: 04/20/2026) |